TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00323-CV

NO. 03-00-00414-CV

Gerald Hawkins, Appellant

v.

Texas Department of Protective and Regulatory Services, Appellee

FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT

NO. 10931, HONORABLE DONALD V. HAMMOND, JUDGE PRESIDING 

PER CURIAM

 Because appellant has failed to file a brief in either cause, we will dismiss the
appeals for want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b). 

 Hawkins filed a notice of appeal in trial court cause number 10931. This Court
received a copy of this notice on May 8, 2000 and created appellate cause number 03-00-00323-CV. On that same date, Hawkins's attorney filed a motion to withdraw as attorney. On June 27,
2000, this Court received the clerk's record from trial court cause number 10931; instead of filing
it in 03-00-00323-CV, however, this Court created appellate cause number 03-00-00414-CV. The 
key difference in this Court's treatment of these causes of action is that Hawkins was considered 
to be proceeding without an attorney in 03-00-00414-CV; this Court sent notices to both Hawkins
and his attorney in 03-00-00323-CV, but sent notices only to Hawkins in 03-00-00414-CV.

 

 Because the clerk's record was filed on June 27, 2000, appellant's brief was due
on July 27, 2000. By letter dated August 9, 2000, the Clerk of this Court notified Hawkins that
his appeal was subject to dismissal for want of prosecution unless appellant filed a brief by
August 21, 2000, or tendered a motion for extension of time reasonably explaining the failure to
do so. Thus far, appellant has submitted neither a brief nor a motion for extension of time to file
a brief.

 Because the two appeals are prompted by the same notice of appeal from the same
party, we consolidate the two appeals into the appellate cause number containing the clerk's
record, appellate cause number 03-00-00414-CV. Because Hawkins failed to file a brief or a
motion for extension of time, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b). Because Hawkins's failure to prosecute 03-00-00414-CV and the resultant
dismissal of his appeal moots his attorney's motion to withdraw from the subsumed appellate
cause, 03-00-00323-CV, we dismiss the motion to withdraw.

Before Justices Jones, Kidd and Yeakel 

Dismissed for Want of Prosecution

Filed: September 21, 2000

Do Not Publish